UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 23-mj-08245-PGL-1

UNITED STATES OF AMERICA

v.

TUCKER COCKERLINE

## ORDER OF VOLUNTARY DETENTION

LEVENSON, M.J.

Defendant came before the Court in connection with the above-numbered complaint, represented by appointed counsel, for an initial appearance on June 16, 2023, and a detention hearing on June 20, 2023.

Represented by counsel, Defendant has waived his right to an immediate detention hearing and has assented to the entry of a voluntary order of detention, reserving the right to return to this Court, regardless of whether there have been changed circumstances, so Defendant may be able to propose a release plan for the Court's consideration.

Accordingly, it is ORDERED that Defendant be DETAINED pending trial. It is further ORDERED that:

(1) Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant be afforded reasonable opportunity for private consultation with counsel; and

(3) on order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which Defendant is detained and confined shall

deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

June 23, 2023

                                       /s/ Paul G. Levenson
                                       PAUL G. LEVENSON
                                       United States Magistrate Judge